**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 68.175.8.63
**Total Works Infringed:** 33  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 26F5560C4A9A70880313BB299014762E7373199B<br>File Hash:<br>5A71511788AD13E0C61313DE243DA736AA5248C8067F4AFB89F13A96DF82861E | 08-01-2023 21:09:35 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 2 | Info Hash: 282D938BE086E574D70D74F43F9EA537DD2E4391<br>File Hash:<br>93FAF0395D63E7BBFD4F209389722D757362F31A425301F97875781265DD3797 | 07-04-2023 22:27:01 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 3 | Info Hash: 9F35DF45936488FCB0D2AE93448A92EDFB700D6E<br>File Hash:<br>2B575622DFF0E12494298DF48C2FDF98F3CD5BAD4080C51DB3306725F7E260AE | 07-04-2023 22:25:06 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 4 | Info Hash: 7BBC39AE1CD499ED2927D65025308FA6BBCC8CC7<br>File Hash:<br>6139CD3FAAC442B2017AB8DB03AE429B9661A094B6C8C2AF123BF915DAAEC6FF | 05-11-2023 16:59:06 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 5 | Info Hash: F05F0169479204CE56FF859CBE4FD2EB0564ABE3<br>File Hash:<br>1181AFB25A13206AA50BAE4BD1136CB32A83726B277443E2712CF0B4E7E2F1AA | 05-11-2023 16:52:28 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 6 | Info Hash: 95639EC1D732AE4C32C8F7F951741F407BA5FB2D<br>File Hash:<br>D619263FC7B30AE41362686D6D78BADA035ABF11120CA1F5588A89CA5C054FFA | 05-11-2023 16:45:55 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 7 | Info Hash: 85D33E37973102266D0B7D4205A49292648C776D<br>File Hash:<br>086C66E3451799FB3311737E48052E24959A67E22D829F127DA52826BB9E7AE4 | 05-11-2023 16:44:58 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 8 | Info Hash: DB22FB891C450F3097341A02A7BCFF3155BD856D<br>File Hash:<br>2452D5E335E2045D0C8BF4B0F4DD3BFE442CF23D2CD669729E6882FD8C1AE991 | 03-05-2023 20:43:48 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 9 | Info Hash: CD6683105AD052BA627E12F10770B4C5F1D5B773<br>File Hash:<br>5816BB929CBD95B8389103609C805609FC405D0D20B076F83DFC0F27B670EAA1 | 10-15-2022 03:48:25 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 10 | Info Hash: 3555E7F526E1EA5B6A1AF728DA3A6ABB79F33966<br>File Hash:<br>361280C9C7D2209F2CFD5D6740D7B022D51AFD07FDF3F348CB1E96CA5F68F63C | 08-26-2022 17:54:05 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 11 | Info Hash: 4A861F514AF89C6999139DFFC0321F5D4EF0E824<br>File Hash:<br>33E07E460A4950F02F7FC3688D45B6188C07F816781587EF0A051AF84ECC747B | 08-26-2022 17:40:38 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E96BD42DF44AE49A4344549E6CCC5071C9AF4F22<br>File Hash: EB09307B53BFBD19B9321F7DFA1F3ACB1CF58C6B2BBDCCA046D13B8EF00FD72E | 08-08-2022 11:24:53 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 13 | Info Hash: B51BF7BB2CC0BD6377FDB94143542D242AFE6EE5<br>File Hash: C4D78B29390BC49DA72EFB4A5FA5DA534D4989918376071381FF6A77FBCE02FB | 08-08-2022 11:05:48 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 14 | Info Hash: FE10B33518E66D126D0F76722795210FDF1D5DA0<br>File Hash: 59D5A4A8AA5C2A6682ACBDDCA635D2EBE80F9C5F3CA16DDD5D705E7983654089 | 04-26-2022 07:10:15 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 15 | Info Hash: FDDAA6982DB83AD5170DB24D78031E9BABD876A4<br>File Hash: 5F1664AE838870462E3326D8DEB4940DA00B18AA45E4BF2DE19D067FD411800D | 01-14-2022 05:25:41 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 16 | Info Hash: AE5FB05C7C820158FEFB50286318ECE012C72AEC<br>File Hash: EB884ADC4081E604755AA5AE4C7221562537619D2635D5768798531088193748 | 11-11-2021 17:56:30 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 17 | Info Hash: B5F368FC7BB7EAE7502A85EE58F1350CE6E43CFA<br>File Hash: 894AD6F668A02212ED53054A2095E3D3BC1F81C4D028CEB33BC3B24973D96BE3 | 10-25-2021 08:12:57 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 18 | Info Hash: 2CD60BD2D41B6537ED0509BA3BB2AEC809054605<br>File Hash: 10D198731274BA400218FAB1F4F41FBA4AF60F0B580D7AE3C485AC41FFF813CF | 09-19-2021 22:50:14 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 19 | Info Hash: BC56F83209A6EACC873D0DF0F7F89DE072F64235<br>File Hash: 2334FFB84C15582D1F3D7054C16C996E10A3FB6B61D94C71A0645B8A5058F270 | 09-19-2021 22:43:10 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 20 | Info Hash: 85318A09903EEA3B40ED2E55A0BA8FAD16D2A37F<br>File Hash: 7F4FC5FFEE5A7B2484FF127DA1C5493780C26361EB82057D3DA8E002640BD55E | 09-19-2021 16:30:22 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 21 | Info Hash: 9F95C12987C04E742F685B8F678873E48C80C72F<br>File Hash: 6BDEA14459166CC9D28D9AF6D43EB08688459D50F14854123BB0F8FBAEAAD0E4 | 09-19-2021 16:27:04 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 22 | Info Hash: 79EB18A80F8F7B70B6FC858C3BFEB0A8370A4750<br>File Hash: 396B87E2FEA3DF0FB8D82C85F5E46D2E71751FD042162C4D755BC4793A645C9F | 09-19-2021 16:22:58 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 23 | Info Hash: 2EF97AECCC38D98DF6E085555175D3FDA731DDC2<br>File Hash: 7B7DF98DFE749A8BE2F770AD918830899CECC0297FE4C9D9934926CF046C0757 | 09-19-2021 16:21:54 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 02BFFB5ABA89AFB204A93A119576F476EC8CF8F8<br>File Hash: 3C6A647608C6BBCC47F01D5713432F8CE416D3F3CA9E387932F3B6134947CFFE | 08-01-2021 23:53:02 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 25 | Info Hash: 7FF31BAE159F522447D023CD6FC27CA0C3E4EE35<br>File Hash: 3C4C82D316C5F8DC31AC46F754A6847B902597E7145CDCB0F990567B216A07BB | 08-01-2021 23:42:21 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 26 | Info Hash: BEE9C0B1CE565E86EC1E7086AD08FCE4919BE35C<br>File Hash: 38510FCDEEE5AF5440C8A20E97573C352391FA34E94A5AD06A52E9708738B920 | 08-01-2021 23:40:29 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 27 | Info Hash: 6419AB363015515ED3967AEC17E55D06AF514FD0<br>File Hash: FAEC65503943C685B1F611B238C74C21B3E57A21B7F6DB49EE7E815D320FEB6C | 07-11-2021 06:41:23 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 28 | Info Hash: 60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash: EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-21-2021 18:41:08 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 29 | Info Hash: 44E7523298C8BC1ACB5E24A8F1C1092CE7B919B3<br>File Hash: C384DF376B26AFA37F8875419C2446D7484148FDD6CA4E0BD4DB57EA8B365144 | 05-17-2021 15:38:12 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 30 | Info Hash: 6AD7ED689AB97927E5276A1C5CB49007C68E0B66<br>File Hash: 741E610F1F34BB99BB45DF6ACE08C03E3EBAF586AD79F3F578990EFC384515DA | 02-23-2021 20:50:28 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 31 | Info Hash: 50479521CA4C5B24BC2829ADDCCF32D0D80898EA<br>File Hash: 800B4F174B8678002F2875F4088A10A2E6BAF85F0C957E4C0270F2947BFE1912 | 02-23-2021 20:45:28 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 32 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-30-2020 14:13:04 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 33 | Info Hash: E7E2E52F42F3BDBF012801329EAA0AC6367BAFB1<br>File Hash: CFD4C2DB97262AC3A216F00567044E0AF2652FDB2ABB487908B49E55223B3F7D | 10-05-2020 11:05:25 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |